Exhibit 2 to the Complaint.

# U.S. Patent No. US 8,799,083 v. Five Guys

Exhibit 2 to the Complaint.

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A method, comprising: receiving at least one request of at least one service related to a restaurant menu from a mobile phone; | Five Guys ("Company") performs and/or induces others to perform a method comprising: receiving at least one request of at least one service related to a restaurant menu from a mobile phone. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Company provides a Five Guys application which is installed on devices such as smartphones, and tablets ("mobile phone"). Further, the application allows users to perform functionalities such as finding nearby Five Guys Restaurants locations and viewing menus. Additionally, the application allows users to order a meal from the restaurant menu displayed within the application ("receiving at least one request of at least one service related to a restaurant menu"). <br><br>  |

Exhibit 2 to the Complaint.

Source: https://www.fiveguys.com/mobile-app



## ORDER AHEAD

Place your order through the app and pay, choose your preferred pickup
method – in-store, curbside or even delivery – and we'll do the rest!

receiving at least
one request of at
least one service
related to a
restaurant menu

Source: https://www.fiveguys.com/mobile-app (annotated)



## ALL THE DETAILS

Locate restaurants near you, get directions, browse our menu and view store
info, including hours, before you visit.

Source: https://www.fiveguys.com/mobile-app

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall
supplement these contentions pursuant to production of such source code by the Company.

3

Exhibit 2 to the Complaint.

| [1.1] uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone; and | Company performs and/or induces others to perform a step of uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the selection of the food items, an order summary is generated that further allows the user to see the order details and pay for the order. Therefore, it would be apparent to a person having ordinary skill in the art that a bill is generated for the ordered meal in the application.<br><br><br><br>Source: https://www.fiveguys.com/mobile-app |

Exhibit 2 to the Complaint.



Source: https://play.google.com/store/apps/details?id=com.fiveguys.olo.android&hl=en_US

Exhibit 2 to the Complaint.

<table>
<tr>
<td></td>
<td>



## ORDER AHEAD

Place your order through the app and pay, choose your preferred pickup method – in-store, curbside or even delivery – and we'll do the rest!

Source: https://www.fiveguys.com/mobile-app

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.
</td>
</tr>
<tr>
<td>

[1.2] performing a self-checkout by a at least one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system, wherein the payment is
</td>
<td>

Company performs and/or induces others to perform a step of performing a self-checkout by at least one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system, wherein the payment is submitted without interaction with staff associated with the restaurant.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, once the order summary is generated, the application allows the user to pay the bill through multiple payment methods such as Apple Pay and Google Pay ("self-checkout by at least one customer") where the user pays the bill without interacting with the staff associated with the restaurant.
</td>
</tr>
</table>

6

Exhibit 2 to the Complaint.

| | |
|---|---|
| submitted without interaction with staff associated with the restaurant. | <br><br>**ORDER AHEAD**<br><br>Place your order through the app and pay, choose your preferred pickup method – in-store, curbside or even delivery – and we'll do the rest!<br><br>Source: https://www.fiveguys.com/mobile-app<br><br><br><br>**QUICKER CHECKOUT**<br><br>Streamlined payment options, including Apple Pay and Google Pay, ensure you check out quickly and easily.<br><br>Source: https://www.fiveguys.com/mobile-app<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

7

Exhibit 2 to the Complaint.

## 2. List of References

1. https://play.google.com/store/apps/details?id=com.fiveguys.olo.android&hl=en_US, last accessed on 25 April 2024.
2. https://www.fiveguys.com/mobile-app, last accessed on 25 April 2024.