**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN DAIRY QUEEN CORPORATION,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-cv-00445-JRG-RSP<br>(Lead Case) |
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>FIVE GUYS PROPERTIES, LLC,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-cv-00307-JRG-RSP<br>(Member Case) |

**ORDER**

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Analytical Technologies, LLC ("Plaintiff") and Five Guys Properties, LLC. ("Defendant"). (Dkt. No. 69.) In the Motion, the parties represent that the above-captioned member case No. 2:24-cv-00307 has been resolved and request dismissal of the above-captioned member case WITH prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned member case No. 2:24-cv-00307 are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned member case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** member case No. 2:24-cv-00307 and **MAINTAIN AS OPEN** the above-captioned lead case No. 2:24-cv-00445.

**So Ordered this**

**Nov 21, 2024**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE